```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

EMMITT GRIER JR., :
:
    Plaintiff : C.A. No. 05-5 Erie
:
    v. :
:
COMMONWEALTH OF PENNSYLVANIA : Magistrate Judge;
EDWARD J. KLEM, SUPERINTENDENT : Susan Paradise Baxter
SCI-MAHANOY, OFFICE OF THE :
DISTRICT ATTORNEY, ERIE COUNTY :
:
    Defendants :
:

## ORDER

AND NOW, this _____ day of _____2005 upon consideration of Plaintiff's motion and Brief requesting Summary Judgment, Pursuant to Fed. Rules Civ. Proc. 56 (c), it is hereby ADJUDGED DECREED and ORDERED that plaintiff's Motion for Summary Judgment is **GRANTED.**

 

BY THE COURT:

_____
                                                        J.