IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Emmitt Grier Jr.           )
        vs.                )    Civil Action: 05-0005 Erie
Office of the Prothonotary )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 08/10/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

                                    Thomas M. Fitzgerald
                                    United States Marshal
                                    Western District of Pennsylvania

                            By:     Sheila Blessing
                                    Administrative Clerk
                                    United States Marshals Service
                                    Western District of Pennsylvania
                                    September 15, 2005

### ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS ORDERED that the Clerk of Court prepare duplicate Summons and Complaint,

AND IT IS FURTHER ORDERED that the United States Marshal make personal service of those documents upon the above named defendant.