IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Emmitt Grier Jr.            )
    vs.                        )     Civil Action: 05-0005 Erie
Edward J. Klem              )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 08/10/05, the Order and Complaint in the above captioned case, and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

        Thomas M. Fitzgerald
        United States Marshal
        Western District of Pennsylvania

By:  Sheila Blessing
      Administrative Clerk
      United States Marshals Service
      Western District of Pennsylvania
      September 15, 2005

### ORDER

AND NOW, this_____day of _____, 20___, upon consideration of the foregoing Notice of Inability to Effectuate Service,

IT IS ORDERED that the Clerk of Court prepare duplicate Summons and Complaint,

AND IT IS FURTHER ORDERED that the United States Marshal make personal service of those documents upon the above named defendant.