**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EMMITT GRIER JR., )<br>　　　　　Plaintiff, )<br>　　v. 　　　　　　　　　　)　　C.A. No. 05-5 Erie<br>　　　　　　　　　　　　　　)<br>EDWARD J. KLEM, et al, 　　)<br>　　　　　Defendants. 　　　)  | |

**MEMORANDUM ORDER**

AND NOW, this 28th Day of September, 2005, the order dated September 19, 2005, directing the United States Marshal to make personal service of the Summons and Complaint upon Defendant Edward J. Klem (Doc. #19) is hereby VACATED.

　　　　　　　　　　　　　　　　　　　　　　　s/Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge