IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMITT GRIER, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-005 |
| V. | ) | |
| | ) | Judge Sean J. McLaughlin |
| **SUPERINTENDENT EDWARD J. KLEM; ERIE COUNTY DISTRICT ATTORNEY; COMMONWEALTH OF PENNSYLVANIA; OFFICE OF THE PROTHONOTARY,** | ) ) ) ) ) | Mag. Judge Susan Paradise Baxter |
| | ) | |
| Defendants. | ) | Electronically Filed |

## ORDER

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing Motion to Dismiss filed on behalf of defendant Superintendent Edward J. Klem, IT IS HEREBY ORDERED that the motion is GRANTED.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
United States Magistrate Judge