IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Emmitt Grier, Jr., | : | |
|     Plaintiff | : | |
| v. | : | C.A. 05-05 ERIE |
| | : | |
| Edward J. Klemm, et al., | : | |
|     Defendant | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of defendant, Office of District Attorney, in the above-captioned matter.

    Respectfully submitted,

S/Matthew J. McLaughlin
Matthew J. McLaughlin
246 West Tenth Street
Erie, Pennsylvania 16501
(814) 454-1010
Counsel for defendant, Office of the District Attorney

Dated:    January 23, 2006