Case 1:05-cv-00005-MBC-SPB    Document 30-3    Filed 01/23/2006    Page 1 of 13

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002646-1999

## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 2 of 15

## CHARGES

| Sequence | Grade | Section/ Description | Statute Description | Offense Date | OTN |
|---|---|---|---|---|---|
| 1 | F1 | 18 § 3121 §§A1 | Rape Forcible Compulsion | 08/13/1999 | F3548716 |
| 2 | M1 | 18 § 2902 §§1 | Unlaw Restraint/Risk Ser Injury | 08/13/1999 | F3548716 |

## DISPOSITION SENTENCING/PENALTIES

| Disposition | | | |
|---|---|---|---|
| Case Event | | Disposition Date | Final Disposition |
| Sequence/Description | | Offense Disposition | Section |
| Sentencing Judge | | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | | |

**Migrated Disposition**

| | | | |
|---|---|---|---|
| Migrated Dispositional Event | | 08/10/2000 | Final Disposition |
| 1 / Rape Forcible Compulsion | | Guilty | 18 § 3121 §§A1 |
| Domitrovich, Stephanie | | 08/10/2000 | |
| Confinement | | Min of 1.00 Years<br>Max of 5.00 Years | 08/10/2000 |
| | | | |
| Domitrovich, Stephanie | | 08/10/2000 | |
| Financial Assessments | | Min of 1.00 Years<br>Max of 5.00 Years | 08/10/2000 |
| | | | |
| 2 / Unlaw Restraint/Risk Ser Injury | | Guilty | 18 § 2902 §§1 |
| Domitrovich, Stephanie | | 08/10/2000 | |
| Confinement | | Min of 1.00 Years<br>Max of 5.00 Years | 08/10/2000 |
| | | | |
| Domitrovich, Stephanie | | 08/10/2000 | |
| Financial Assessments | | Min of 1.00 Years<br>Max of 5.00 Years | 08/10/2000 |

AOPC 9082 - Rev 01/20/2006

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on the Sheet information should not be used in place of a criminal history background check which can only be provided by the P Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be su forth in 18 Pa.C.S. Section 9183.

EXHIBIT
B

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002646-1999
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 3 of 15

### COMMONWEALTH INFORMATION

### ATTORNEY INFORMATION

Name: James Andrew Pitonyak, Esq.
Standby - Court Appointed
Supreme Court No: 030518
Counsel Status: Active
Address:
　Mendel, M. Mark, Ltd.
　Suite 303
　1001 State Street
　Erie PA  16501

AOPC 9082 - Rev 01/20/2006                                     Printed: 01/20/2006

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY

## DOCKET



Docket Number: CP-25-CR-0002646-1999
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 4 of 15

### ENTRIES

| Document Number Comments Registry Entry Issue Date | CP Filed Date Service Type | Filed By | Title Service To |
|---|---|---|---|
| 1 | 09/13/1999 | Migrated, Filer | Migrated Docket Entry |
| APPLICATION AND ORDER FOR PUBLIC DEFENDER/IFP FILED | | | |
| 1 | 10/15/1999 | Unknown Filer | Original Papers Received from Lower Court |
| 1 | 10/15/1999 | Migrated, Filer | CRIMINAL COMPLAINT FILE FROM D.J. O |
| CRIMINAL COMPLAINT FILE FROM D.J. OFFICE. | | | |
| 1 | 11/18/1999 | Migrated, Filer | INFORMATION FILED |
| INFORMATION FILED | | | |
| 1 | 12/09/1999 | Migrated, Filer | ORDER (DATED |
| ORDER FOR RECORDS FROM HAMOT HOSPITAL S/WM CUNNINGHAM JUDGE | | | |
| 1 | 01/13/2000 | Migrated, Filer | APPLICATION FOR CONTINUANCE WITH WAIVER |
| APPLICATION FOR CONTINUANCE WITH WAIVER OF PROMPT OR SPEEDY TRIAL AND ORDER S/S DOMITROVIOCH JUDGE | | | |
| 1 | 03/08/2000 | Migrated, Filer | MOTION |
| MOTION FOR COMPETENCY EVALUATION AND CONTINUANCE FILED BY AJ ADAMS ESQ | | | |
| 2 | 03/08/2000 | Migrated, Filer | ORDER (DATED |
| ORDER MOTION TO CONTINUE IS GRANTED AND THE CASE LISTED FOR THE MAY 2000 TERM OF COURT ATTY ADAMS SHALL SECURE A COMPETENCY EVALUATION OF MR GRIER WIHTIN 10 DYS FROM THE DATE OF THIS ORDER S/WM CUNNINGHAM JUDGE | | | |
| 1 | 03/29/2000 | Migrated, Filer | MOTION |
| MOTION TO DISMISS FILED PRO SE (JUDGE CUNNINGHAM) | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002646-1999
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 5 of 15

### ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |

1    03/30/2000    Migrated, Filer    ORDER (DATED
ORDER THE PRO SE REQUEST TO DISMISS OR FOR NOMINAL BOND IS DENIED S/WM CUNNINGHAM JUD(

---

1    04/18/2000    Migrated, Filer    MOTION
MOTION TO WITHDRAW AS COUNSEL FILED BY AJ ADAMS ESQ

---

1    04/18/2000    Migrated, Filer    SEE CASE
SEE CASE 2646/99 FOR MOTIONS AND ORDER

---

1    04/20/2000    Migrated, Filer    MOTION
MOTION TO CHANGE APPONTED COUNSEL FILED PRO SE

---

2    04/20/2000    Migrated, Filer    ORDER (DATED
ORDER PRO SE REQUEST AS WELL AS THE REQUEST FROM ATTY ADAMS TO WITHDRAW IS HEREBY GRANTED AND OTHER COUNSEL FROM THE PUBLIC DEFENDER'S OFFICE IS HEREBY APPOINTED TO REPRESENT THE ABOVE CAPTIONED DEFENDANT AS EXPLAINED TO MR GRIER ON THE RECORD ON APRIL 19,2000 THERE SHALL BE NO FURTHER APPOINTMENT OF APPOINTED COUNSEL S/WM CUINGHAM JUDG

---

1    05/26/2000    Migrated, Filer    Migrated Docket Entry
NOTICE OF ALIBI DEFENSE PUSUANT TO PA RULE OF CRIMINAL PROCEDURE FILED BY J PITONYAK ESQ

---

1    06/12/2000    Migrated, Filer    DEFENDANT APPEARS IN COURT WITH HIS
DEFENDANT APPEARS IN COURT WITH HIS COUNSEL APPEARANCE FILED BY J PITONYAK,ESQ

---

2    06/12/2000    Migrated, Filer    WAIVER OF THE PRESENCE OF JUDGE AND/OR
WAIVER OF THE PRESENCE OF JUDGE AND/OR COURT REPORTER DURING EXAMI- NATION AND CHALLENGES OF TRIAL JURORS FILED SHOWING CONSENT GRANTED FOR WAIVER OF PRESENCE OF COURT REPORTER DURING JURY SELECTION SIGNED BY DEFENDANT AND JUDGE DOMITROVICH

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002646-1999
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 6 of 15

### ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |
| 3 | 06/12/2000 | Migrated, Filer | CASE CALLED WITH THE HONORABLE JUDGE |

CASE CALLED WITH THE HONORABLE JUDGE DOMITROVICH ON THE BENCH THE DEFENDANT HAVING BEEN ARRAIGNED PLEADS NOT GUILTY

---

| | | | |
|---|---|---|---|
| 4 | 06/12/2000 | Migrated, Filer | THE JURY SAY THEY FIND THE DEFENDAN |

JURY DISMISSED BY JUDGE AT 3:30PM   DEFENDANT REMANDED TO ECP

---

| | | | |
|---|---|---|---|
| 1 | 06/20/2000 | Migrated, Filer | DEFENDANT APPEARS IN COURT WITH HIS |

DEFENDANT APPEARS IN COURT WITH HIS COUNSEL APPEARANCE FILED BY J PITONYAK,ESQ

---

| | | | |
|---|---|---|---|
| 2 | 06/20/2000 | Migrated, Filer | WAIVER OF THE PRESENCE OF JUDGE AND/OR |

WAIVER OF THE PRESENCE OF JUDGE AND/OR COURT REPORTER DURING EXAMI- NATION AND CHALLENGES OF TRIAL JURORS FILED SHOWING CONSENT GRANTED FOR WAIVER OF PRESENCE OF COURT REPORTER DURING JURY SELECTION SIGNED BY DEFENDANT AND JUDGE DOMITROVICH

---

| | | | |
|---|---|---|---|
| 3 | 06/20/2000 | Migrated, Filer | CASE CALLED WITH THE HONORABLE JUDGE |

CASE CALLED WITH THE HONORABLE JUDGE DOMITROVICH THE DEFENDANT HAVING BEEN ARRAIGNED PLEADS NOT GUILTY

---

| | | | |
|---|---|---|---|
| 1 | 06/22/2000 | Migrated, Filer | THE JURY SAY THEY FIND THE DEFENDAN |

THE JURY SAY THEY FIND THE DEFENDANT GUILTY ON CTS 1,2

---

| | | | |
|---|---|---|---|
| 2 | 06/22/2000 | Migrated, Filer | SENTENCE DEFERRED UNTIL |

SENTENCE DEFERRED UNTIL 8/10/00 AT 8:45AM/DOMITROVICH/BOND REVOKED REMAND TO ECP  COURT REPORTER-S WAID

---

| | | | |
|---|---|---|---|
| 1 | 08/10/2000 | Migrated, Filer | Migrated Disposition |

Migrated Automatic Registry Entry (Disposition) Text

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET

Docket Number: CP-25-CR-0002646-1999
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 7 of 15

### ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |
| 1 | 08/10/2000 | Migrated, Filer | DEFENDANT'S ACKNOWLEDGMENT OF POST-SENTE |

DEFENDANT'S ACKNOWLEDGMENT OF POST-SENTENCING RIGHTS SIGNED AND FIL ED. STEPHANIE DOMITROVICH, JUDGE CT. REPORTER - N. SHELDON

| 2 | 08/10/2000 | Migrated, Filer | Migrated Sentence |

Migrated Sentence

| 2 | 08/10/2000 | Migrated, Filer | SENTENCE |

SENTENCE - CT.1;COSTS; 7 1/2 YRS TO 15 YRS SCI AT WESTERN TO BE SERVED EFF- ECTIVE AUGUST 31, 1999 (THE EFFECTIVE DATE OF SENTENCE INCLUDES A CREDIT OF 346 DAYS FOR TIME SPENT IN THE ECJ) 200 FINE CT.2;COSTS; 1 YR TO 5 YRS TO BE SERVED CONSECUTIVE TO COUNT 1 200 FINE DOMITROVICH STEPHANIE

| 3 | 08/10/2000 | Migrated, Filer | GUIDELINES FILED |

GUIDELINES FILED

| 1 | 08/15/2000 | Migrated, Filer | MOTION |

MOTION FOR JUDGMENT OF ACQUITTAL/MOTION FOR A NEW TRIAL/MOTION FOR RECONSIDERATION AND/OR MODIFICATION OF SENTENCE FILED BY J PITONYAK ESQ

| 2 | 08/15/2000 | Migrated, Filer | ORDER (DATED |

ORDER (DATED SAME) DEFT'S MOTION FOR JUDGEMENT OF ACQUITTAL/MOTION FOR A NEW TRIAL / MOTION FOR RECONSIDERATION AND OR MODIFICATION OF SENTENCE IT IS HEREBY ORDERED THAT SAID MOTIONS ARE HEREBY DENIED S/S DOMITROVICH JUDGE

| 1 | 08/17/2000 | Migrated, Filer | FILE TAGGED FOR ELECTRONIC TRANSFE |

FILE TAGGED FOR ELECTRONIC TRANSFER OF AOPC THIRD SHEET

| 1 | 08/30/2000 | Migrated, Filer | NOTICE OF APPEAL |

NOTICE OF APPEAL (ORDER DATED 8/10/2000 AND MADE FINAL 8/15/2000) PROOF OF SERVICE AND VERIFIED STATEMENT FILED BY J. PITONYAK ESQ

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



**Docket Number: CP-25-CR-0002646-1999**
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 8 of 15

### ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |

---

| 1 | 09/05/2000 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS PLEA ON 1-12-2000 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER NANCY SHELDON ALSO CASES 2647 AND 2648 OOF 1999

---

| 1 | 09/06/2000 | Migrated, Filer | STATEMENT OF MATTERS COMPLAINED OF ON |

STATEMENT OF MATTERS COMPLAINED OF ON APPEAL FILED BY J PITONYAK ESQ

---

| 1 | 09/11/2000 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS SENTENCING ON 8-10-2000 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER NANCY SHELDON ALSO CASES 2647, 2648 OF 1999

---

| 1 | 09/11/2000 | Migrated, Filer | DOCKETED NOTICE OF APPEAL/SUPERIOR COURT |

DOCKETED NOTICE OF APPEAL/SUPERIOR COURT # 1464 WDA 2000 11-15-2000 ALLL PAPERS MAILED TO SUPERIOR COURT

---

| 1 | 09/26/2000 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS COLLOQUOY ON REJECTION OF PLEA BARGAIN ON 5-10-2000 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER SYLVIA WAID ALSO INCLUDES CASES 2647 AND 2648 OF 1999

---

| 2 | 09/26/2000 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS MOTION TO WITHDRAW ATTORNEY ON 4-19-2000 BEFORE THE HONORABLE WM R CUNNINGHAM FILED BY COURT REPORTER JAMES MUSCARELLA ALSO INCLUDES CASES 2647 AND 2648 OF 1999

---

| 1 | 09/27/2000 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS JURY TRIAL DAY ONE ON 6-20-2000 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER SYLVIA WAID

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY

## DOCKET



Docket Number: CP-25-CR-0002646-1999

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 9 of 15

### ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |

| | | | |
|---|---|---|---|
| 2 | 09/27/2000 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS JURY TRIAL DAY TWO ON 6-21-2000 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER SYLVIA WAID

---

| | | | |
|---|---|---|---|
| 1 | 09/28/2000 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS JURY TRIAL DAY THREE ON 6-22-2000 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER SYLVIA WAID

---

| | | | |
|---|---|---|---|
| 1 | 11/14/2000 | Migrated, Filer | OPINION SIGNED AND FILED JUDGE |

OPINION SIGNED AND FILED JUDGE DOMITROVICH

---

| | | | |
|---|---|---|---|
| 1 | 06/08/2001 | Migrated, Filer | Migrated Docket Entry |

COPY OF DOCKET SENT TO DEFENDANT

---

| | | | |
|---|---|---|---|
| 1 | 10/02/2001 | Migrated, Filer | ALL PAPERS RETURNED FROM SUPERIOR COURT |

ALL PAPERS RETURNED FROM SUPERIOR COURT SHOWING THE FOLLOWING JUDGMENT OF THE COURT OF COMMON PLEAS OF ERIE COUNTY BE AND THE SAME IS HEREBY JUDGMENT OF SENTENCE AFFIRMED. JUDGMENT ENTERED ELEANOR R VALECKO DEPUTY PROTHONOTARY 8-15-2001

---

| | | | |
|---|---|---|---|
| 1 | 10/15/2001 | Migrated, Filer | PETITION FOR ALLOWANCE OF APPEAL TO |

PETITION FOR ALLOWANCE OF APPEAL TO SUPREME COURT NO 571 WDA 2000 FILED 9-12-2001

---

| | | | |
|---|---|---|---|
| 1 | 05/15/2002 | Migrated, Filer | DISPOSITION FOR ALLOWANCE OF APPEA |

DISPOSITION FOR ALLOWANCE OF APPEAL FILED FROM SUPREME COURT 4-24-2002 DENIED PATRICIA HONARD CHIEF CLERK SUPREME COURT OF PA

---

| | | | |
|---|---|---|---|
| 1 | 08/06/2002 | Migrated, Filer | MOTION FOR POST CONVICTION COLLATERAL |

MOTION FOR POST CONVICTION COLLATERAL RELIEF FILED BY DEFENDANT

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002646-1999
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 10 of 15

### ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |

1    08/07/2002    Migrated, Filer    Migrated Docket Entry
ORDER OF COURT DATED 8-7-2002-IT IS ORDERED THAT WILLIAM J. HATHAWAY IS APPOINTED TO REPRESENT DEFENDANT IN THESE PCRA PROCEEDINGS. CLERKS OFFICE IS DIRECTED TO SERVE COPIES OF THE MOTION AND ORDER UPON THE DISTRICT ATTORNEY; ATTORNEY WILLIAM HATHAWAY; AND DEFENDANT; COUNSEL FOR DEFENDANT IS ORDERED TO AMEND SAID MOTION WITHIN THIRTY DAYS FROM THE DATE OF THIS ORDER. JUDGE DOMITROVICH (NOTICE SENT TO ATTORNEY HATHAWAY; DEFENDANT; DISTRICT ATTORNEY; COURT ADMINISTRATOR; AND CLERKS OFFICE ON 8-7-2002)

1    08/30/2002    Migrated, Filer    Migrated Docket Entry
MOTION FOR EXTENSION OF TIME FILED BY ATTORNEY WILLIAM HATHAWAY

2    08/30/2002    Migrated, Filer    Migrated Docket Entry
ORDER DATED 08-29-2002-UPON CONSIDERATION OF MOTION FOR EXTENSION OF TIME TO FILE AMENDED PCRA, IT IS ORDERED THAT SAID PETITION IS GRANTED. IT IS ORDERED THAT PETITIONER SHALL HAVE AN ADDITIONAL THIRTY DAYS WITHIN WHICH TO FILE AN AMENDED PCRA. JUDGE DOMITROVICH

1    10/01/2002    Migrated, Filer    Migrated Docket Entry
SUPPLEMENT TO MOTION FOR POST CONVICTION COLLATERAL RELIEF FILED BY ATTORNEY WILLIAM HATHAWAY

1    10/03/2002    Migrated, Filer    Migrated Docket Entry
ORDER DATED 10-3-2002-IT IS ORDERED THAT THE COMMONWEALTH IS DIRECTED TO RESPOND TO DEFENDANT'S MOTION FOR PCRA RELIEF IS 30 DAYS FROM THE DATE OF THIS ORDER. JUDGE STEPHANIE DOMITROVICH (NOTICE SENT TO DA; DEFENDANT; AND COURT ADMINISTRATOR ON 10-4-2002)

1    10/24/2002    Migrated, Filer    Migrated Docket Entry
COMMONWEALTH'S RESPONSE TO APPELLANT'S MOTION FOR POST-CONVICTION COLLATERAL RELIEF FILED BY ADA CHAD VILUSHIS

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002646-1999
### CRIMINAL DOCKET
Court Case

Page 11 of 15

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

## ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |

1    11/08/2002    Migrated, Filer    Migrated Docket Entry
ORDER DATED 11-8-2002-IT IS ORDERED THAT ORAL ARGUMENT WILL BE HELD TO ADDRESS DEFENSE COUNSEL'S SUPPLEMENT TO DEFENDANT'S MOTION FOR PCRA, AS WELL AS, WHETHER AN EVIDENTIARY HEARING WILL BE NECESSARY IN THE FUTURE. SAID ORAL ARGUMENT IS SCHEDULED FOR 11-27-2002 AT 9: 00 AM. JUDGE DOMITROVICH (NOTICE SENT TO ADA VILUSHIS; ATTORNEY HATHAWAY AND COURT ADMINISTRATOR ON 11-12-2002)

---

1    12/19/2002    Migrated, Filer    Migrated Docket Entry
ORDER DATED 12-18-2002-IT IS ORDERED THAT A HEARING WILL BE CONDUCTED ON MONDAY, DECEMBER 23, 2002 AT 10:45 AM FOR FURTHER ARGUMENT ON THE AVAILABILITY OF RAPE KITS COLLECTED DURING THE INVESTIGATION OF THE CASE. JUDGE DOMITROVICH (NOTICE SENT TO ADA VILUSHIS; ATTORNEY HATHAWAY; AND COURT ADMINISTRATOR ON 12-20-2002)

---

1    01/03/2003    Migrated, Filer    Migrated Docket Entry
NOTICE DATED 1-2-2003-DEFENDANT IS HEREBY NOTIFIED THAT THIS COURT INTENDS TO DISMISS DEFENDANT'S SECOND PCRA. DEFENDANT MAY FILE OBJECTIONS TO THIS PROPOSED DENIAL WITHIN 20 DAYS OF THIS NOTICE. JUDGE DOMITROVICH (NOTICE SENT TO ATTORNEY HATHAWAY AND VILUSHIS AND DEFENDANT ON 1-3-2003)

---

1    01/24/2003    Migrated, Filer    Migrated Docket Entry
ORDER DATED 1-24-2003-IT IS ORDERED THAT THE PCRA IS HEREBY DISMISSED. JUDGE DOMITROVICH (NOTICE SENT TO ADA VILUSHIS; ATTORNEY HATHAWAY AND DEFENDANT ON 1-27-2003)

---

1    04/10/2003    Migrated, Filer    Migrated Docket Entry
ORDER DATED 4-9-2003-IN VIEW OF THE ATTACHED LETTER FROM DEFENDANT REQUESTING THAT HIS RIGHT TO APPEAL THE DISMISSAL OF HIS PCRA PETITION BE GRANTED NUNC PRO TUNC, IT IS ORDERED THAT THE COMMONWEALTH MAY RESPOND TO DEFENDANT'S REQUEST WITHIN FOURTEEN DAYS OF THE ENTRY OF THIS ORDER. JUDGE DOMITROVICH (NOTICE SENT TO ADA VILUSHIS; DEFENDANT; AND ATTORNEY HATHAWAY ON 4-10-2003)

---

1    04/11/2003    Migrated, Filer    Migrated Docket Entry
COMMONWEALTH'S RESPONSE TO COURT'S ORDER REGARDING DEFENDANT'S REQUEST TO HAVE PCRA DISMISSAL APPEAL RIGHTS REINSTATED NUNC PRO TUNC FILED BY DEPUTY DA CHAD VILUSHIS

AOPC 9082 - Rev 01/20/2006                                    Printed: 01/20/2006

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002646-1999
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 12 of 15

## ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |

---

1           04/21/2003      Migrated, Filer      ORDER (DATED

ORDER (DATED SAME) AFTER REVIEW OF THE DEFT'S RESPONSE AND ATTY HATHAWAY'S LETTER AND COMMONWEALTH'S RESPONSE REGARDING DEFT'S REQUEST TO HAVE PCRA DISMISSAL APPEAL RIGHTS REINSTATED NUNC PRO TUNC IT IS HEREBY ORDERED THAT AN EVIDENTIARY HEARING WILL BE HELD ON DEFT'S PCRA PETITION TO OCCUR ON MON MAY 19,2003 AT 9:AM BOTH DEFT EMMITT GRIER JR AND ATTY HATHAWAY ARE DIRECTED TO APPEAR JUDGE S DOMITROVICH (SENT 4-22-03 TO ATTY HATHAWAY, DA'S,COURT ADMIN, CAPT J HASKINS AND DEFENDANT)

---

2           04/21/2003      Migrated, Filer      Migrated Docket Entry

TRANSPORT ORDER DATED 4-17-2003. JUDGE DOMITROVICH

---

1           05/28/2003      Migrated, Filer      OPINION AND ORDER

OPINION AND ORDER DEFT'S RIGHT TO APPEAL HIS INITIAL PCRA PETITION IS HEREBY RE-INSTATED DEFT'S COUNSEL HAS THIRTY (30) DAYS FROM THE ENTRY OF THIS ORDER TO FILE A NOTICE OF APPEAL TO THE DISMISSAL OF HIS FIRST PCRA PETITION IT IS FURTHER ORDERED THAT ATTY HATHAWAY SHALL CONTINUE TO REPRESENT DEFT ON APPEAL S/S DOMITROVICH JUDGE (SENT THIS DAY TO ATTY HATHAWAY, DA'S AND DEFENDANT)

---

1           06/05/2003      Migrated, Filer      NOTICE OF APPEAL

NOTICE OF APPEAL NUNC PRO TUNE(ORDER DATED 1-24-2003)PROOF OF SERVICE AND VERIFIED STATEMENT FILED BY WM HATHAWAY ESQ

---

1           06/09/2003      Migrated, Filer      Migrated Docket Entry

ORDER DATED 6-9-2003-DEFENDANT IS DIRECTED TO FILE A CONCISE STATEMENT OF MATTERS ON APPEAL WITH 14 DAYS OF THIS ORDER. IT IS ORDERED THAT THE STENOGRAPHERS SHALL FILE ALL TRANSCRIPTS WITHIN 14 DAYS. THE STENOGRAPHERS SHALL FURNISH COURT REOCRDS TO DEFENDANT. IT IS ORDERED THAT DEFENDANT MAY PROCEED IN FORMA PAUPERIS AS IT PERTAINS TO FILING FEES RELATED TO THE APPEAL. JUDGE DOMITROVICH (NOTICE SENT TO DA; ATTORNEY HATHAWAY; DEFENDANT; REPORTER JIM MUSCARELLA; CLERK SHARON WINKLER AND COURT ADMINISTRATOR ON 6-10-2003)

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002646-1999
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 13 of 15

### ENTRIES

| Document Number | CP Filed Date | Filed By | Title |
|---|---|---|---|
| Comments | | | |
| Registry Entry | | | |
| Issue Date | Service Type | | Service To |

| 1 | 06/11/2003 | Migrated, Filer | Migrated Docket Entry |

CONCISE STATEMENT OF MATTERS COMPLAINED OF ON APPEAL FILED BY ATTORNEY WILLIAM HATHAWAY

| 1 | 07/02/2003 | Migrated, Filer | Migrated Docket Entry |

OPINION FILED BY JUDGE DOMITROVICH (NOTICE SENT TO ATTORNEY HATHAWAY AND DEFENDANT ON 7-2-2003)

| 1 | 07/08/2003 | Migrated, Filer | ALL PAPERS SENT TO SUPERIOR COURT |

ALL PAPERS SENT TO SUPERIOR COURT AT 1061 WDA 2003

| 2 | 07/08/2003 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS ARGUMENT ON 12-23-2002 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER ANDREA MUSCARELLA

| 1 | 08/01/2003 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS EVIDENTIARY HEARING ON 5-19-2003 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER LINDA LATVA

| 1 | 08/13/2003 | Migrated, Filer | TRANSCRIPT OF PROCEEDINGS |

TRANSCRIPT OF PROCEEDINGS PCRA HEARING ON 11-27-2002 BEFORE THE HONORABLE S DOMITROVICH FILED BY COURT REPORTER CHERI COOK

| 1 | 09/23/2003 | Migrated, Filer | Migrated Docket Entry |

ORDER DATED 9-23-2003-IT IS ORDERED THAT THE DEFENDANT'S MOTION FOR APPOINTMENT OF NEW COUNSEL IS HEREBY DISMISSED. JUDGE STEPHANIE DOMITROVICH (NOTICE SENT TO DA; DEFENDANT; AND ATTORNEY HATHAWAY ON 9-24-2003)

| 1 | 09/24/2003 | Migrated, Filer | Migrated Docket Entry |

MOTION FOR THE APPOINTMENT OF NEW COUNSEL FILED BY DEFENDANT

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



**COURT OF COMMON PLEAS OF ERIE COUNTY**
DOCKET

Docket Number: CP-25-CR-0002646-1999
**CRIMINAL DOCKET**
Court Case

Commonwealth of Pennsylvania
v.
Emmitt J Grier Jr.

Page 14 of 15

### ENTRIES

| Document Number  Comments  Registry Entry  Issue Date | CP Filed Date  Service Type | Filed By | Title  Service To |
|---|---|---|---|
| 1 | 05/06/2004 | Migrated, Filer | ALL PAPERS RETURNED FROM SUPERIOR COURT |
| ALL PAPERS RETURNED FROM SUPERIOR COURT SHOWING THE FOLLOWING JUDGMENT OF THE COURT OF COMMON PLEAS OF ERIE COUNTY BE AND THE SAME IS HEREBY ORDER AFFIRMEJD. JUDGMENT ENTERED E VALECKO DEPUTY PROTHONOTARY 3-25-2004 | | | |
| 1 | 05/18/2004 | Migrated, Filer | PETITION FOR ALLOWANCE OF APPEAL TC |
| PETITION FOR ALLOWANCE OF APPEAL TO SUPREME COURT NO 250 WAL 2004 FILED ON 4-26-2004 | | | |
| 2 | 05/18/2004 | Migrated, Filer | PETITION FOR ALLOWANCE OF APPEAL TC |
| PETITION FOR ALLOWANCE OF APPEAL TO SUPREME COURT NO 249 WAL 2004 FILED ON 4-26-2004 | | | |
| 1 | 12/20/2004 | Migrated, Filer | PETITION FOR ALLOWANCE OF APPEAL TC |
| PETITION FOR ALLOWANCE OF APPEAL TO SUPREME COURT DENIED 11-30-04 | | | |

### CASE FINANCIAL INFORMATION

Last Payment Date:                                  Total of Last Payment: $0.00

| Grier, Emmitt J. Jr.  Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Court Fee (Erie) | $21.00 | $0.00 | ($21.00) | $0.00 | $0.00 |
| State Court Cost (Act 204 of 1976) | $9.60 | $0.00 | ($9.60) | $0.00 | $0.00 |
| JCP | $5.00 | $0.00 | ($5.00) | $0.00 | $0.00 |
| Constable Education Training Act (Act 44 of 1991) | $5.00 | $0.00 | ($1.62) | $0.00 | $3.38 |
| User Fee (Erie) | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |

AOPC 9082 - Rev 01/20/2006                                                                 Printed: 01/20/2006

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the Court of Common Pleas nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors.or omissions on these docket sheets. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.