IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMITT GRIER, JR., )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>EDWARD J. KLEM, et. al., )<br>    Defendants ) | Civil Action No. 05-5 ERIE |

**ORDER OF RECUSAL**

AND NOW THIS  24th  day of January, 2006, pursuant to 28 U.S.C. § 455, that the Honorable Sean J. McLaughlin hereby recuses himself as to all matters of the above-captioned case

IT IS HEREBY ORDERED that this case is re-assigned to the Honorable Maurice B. Cohill, Jr., United States District Judge for all further proceedings.

 

Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record  NK
    Honorable Maurice B. Cohill, Jr.,