IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Emmitt Grier, Jr., :
          Plaintiff :
v. : C.A. 05-05 ERIE
           :
Edward J. Klemm, et al., :
          Defendants :

## ORDER

AND NOW, to-wit, this _____ day of March, 2006, upon consideration of plaintiff's request for extension of time to Judge's Order and the response from defendant, Office of the District Attorney, it is hereby ORDERED, ADJUDGED and DECREED that plaintiff's request is hereby DENIED.

_____
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge