IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EMMITT GRIER, JR.            )
      Plaintiff,        )
                             )
v.                           )   C.A. No. 05-05 ERIE
                             )
EDWARD J. KLEMM, et al.,     )
      Defendants.       )

O R D E R

AND NOW, this 15th day of March, 2006,

IT IS HEREBY ORDERED that Plaintiff's motion for extension of time and to be supplied with documents [Document # 35] is GRANTED. Defense counsel has already sent a second copy of the motion to dismiss to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff may file a response to the motion to dismiss before March 31, 2006.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                    S/ Susan Paradise Baxter
                                    SUSAN PARADISE BAXTER
                                    Chief United States Magistrate Judge