envelope image

Emmitt Grier JR.
EJ7879
SCI-Mahanoy
301 Morea Road
Frackville, Pa. 17932

United States District Court
For the Western District of Pa.
Hon. Judge Maurice B. Cohill Jr.
17 S. Park Row, Room 206
Erie, Pennsylvania. 16501

**RECEIVED**

APR 10 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA