Emmitt Grier JR.
EJ7879
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

CLEARED X-RAY SCREENING

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

CERTIFIED MAIL
7002 3150 0003 2560 6972

RECEIVED

JUN - 1 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA