IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMITT GRIER, JR., | |
| Plaintiff, | C.A. No. 05-5 ERIE |
| v. | (MAURICE B. COHILL, JR.) U.S. DISTRICT JUDGE |
| EDWARD KLEM, et al., | |
| Defendants. | |

**NOTICE OF APPEAL**

NOW COMES, the Plaintiff, Emmitt Grier Jr., pro se, who respectfully gives notice of his claim of appeal to the United States Court of Appeals for the Third Circuit from the judgment entered on the 29th of June 2006 in the above captioned matter.

Respectfully submitted,

DATE: 7-21-06

Emmitt Grier Jr., pro se,
No. EJ-7879
301 Morea Road
Frackville, PA. 17932

FILED
JUL 26 2006
CLERK U.S. DISTRICT COURT
ST. DIST. OF PENNSYLVAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMITT GRIER, JR., | : |
| Plaintiff, | : C.A. No. 05-5 ERIE |
| v. | : (MAURICE B. COHILL, JR.) |
| | : U.S. DISTRICT JUDGE |
| EDWARD KLEM, et al., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I Emmitt Grier, Jr., hereby certify that I am mailing one original and four copies of plaintiff's Notice of Appeal to the Clerk of Courts, Robert V. Barth, Jr. for service pursuant to F.R.A.P. Rules 3.(a)(d) and 4. upon the person(s) listed below.

**Service by first-class mail**
**Addressed as follows:**

Clerk of Courts
Robert V. Barth, Jr.
United States District Court
Western District of Pennsylvania
3100 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, Pa. 15219

Bradley H. Foulk
District Attorney
Erie County Courthouse
140 West 6th, Street
Erie, PA. 16501-1030

United States Court of Appeals
For the Third Circuit
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1790

*Emmitt Grier JR*
Emmitt Grier, Jr. pro se,
No. EJ-7879
301 Morea Road
Frackville, PA. 17932

7-21-06
DATE: