NAME Emmitt Grier JR.
NUMBER EJ7879
301 MOREA ROAD
FRACKVILLE, PA 17932

INMATE MAIL
PA DEPT
OF CORRECTIONS



$0.39
JUL 24 2006
US POSTAGE
FIRST CLASS
MAILED FROM 17932
011A0413004017

Clerk of Courts
Robert V. Barth, Jr.
United States District Court
Western District of Pennsylvania
3100 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, Pa. 15219

15215+1906-99 C081

