```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 07000007 - DM
         October 6, 2006

     Code   Case #   Qty    Amount

     FILINGFEE REFG Cov        24.85 CH


     TOTAL →                   24.85


     FROM: ICI MAHANOY FOR:
         EMMITT GRIER, JR. EJ7679
         301 MOREA ROAD
         FRACKVILLE PA  17932
```

part. pay
appeal filing fee

rcpt # 07-007

$ 24.85

CA 05-5 E