**UNITED STATES**
**DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

\# 07000050 - SP
November 2, 2006

| Code | Case # | Qty | Amount |
|---|---|---|---|
| FIRSTAFP | CA-05-5E | | 12.78 CH |

TOTAL→           12.78

FROM: SCI MAHANOY FOR EMMITT GRIER

CA 05-5 E
appeal part pay
receipt# 07-50