appeal part pay

05-5 E

$ 17.28

RCPT # 07-83

```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

   # 07000063 - DH
   December 1, 2006

  Code   Case #   Qty    Amount

  FIRSTAPP  05-5 E2U          17.28 DF


  TOTAL +              17.28
```