part. pay appeal
filing fee
rcpt # 07-134

CA 05-5 E
$40.08

```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 07000134  -- DM
       January 10, 2007


   Code    Case #    Qty      Amount

   FIRSTAPP 05-5 Civ            40.08 Ch


   TOTAL→                       40.08


   FROM: SCI MAHANOY FOR:
         EMMITT GRIER, JR.
```