appeal part pay
rcpt # 07-164

$20.08

CA 05-5 E

```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 07000164 - DM
       February 1, 2007

   Code   Case #   Qty      Amount

   FIRSTAPP 05-5 Ecv          20.08 CH


   TOTAL →                    20.08



   FROM: SCI MAHANOY FOR:
         EMMITT GRIER
         301 MORSA ROAD
         FRACKVILLE PA 17932
```