```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000198 - DM
February 28, 2007

Code   Case #   Qty      Amount

FIRSTAPP 05-5 Ecv         12.78 CH


TOTAL →                   12.78



FROM: SCI MAHANOY FOR:
      EMMITT GRIER, JR.
      301 MOREA ROAD
      FRACKVILLE PA  17932
```

appeal part pay
rcpt # 07-198

$12.78

CA 05-5E