```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 07000268 - DM
        April 5, 2007

  Code    Case #    Qty       Amount

 FIRSTAPP 05-5 Ecv            16.78 CH


  TOTAL→              16.78



 FROM: SCI MAHANOY FOR:
       EMMIT GRIER
```

appeal part pay

rcpt # 07-268

$16.78

CA 05-5