appeal part pay
$19.08

Rcpt # 07-370

CA 05-5

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

      # 07000370  -  DM
         May 31, 2007


   Code    Case #   Qty     Amount

  FIRSTAPP  05-5 Ecv         19.08 CH


   TOTAL→                    19.08



   FROM: SCI MAHANOY
        FOR: EMMITT GRIER
```