```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

       # 07000429 — DM
         July 5, 2007

   Code   Case #   Qty   Amount

   FKSTAPP 05-5 E              13.29 CR

   TOTAL →              13.29


   FROM: JLI MAHANOY FOR:
         EMMITT BRIEN, JR.
```

1:05-CV-5
appeal part pay
$13.29

Receipt # 07-429