

1:05-CV-5
$12.78
receipt # 07-481
appeal part pay