```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
       ERIE Division

  # 07000528 - DM
   September 7, 2007

Code   Case #   Qty      Amount

2NDAPPEA 05-5 E          62.78 CH


TOTAL →            62.78


FROM: SCI MAHANOY FOR:
      EMMITT ARTER TO
```

1:05-cv-5
appeal
part pay
receipt # 07-528