**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000005 — DM
October 4, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2NDAPPEA #5-5 E | | | 11.09 CH |

TOTAL→                 11.09

FROM: SCI MAHANOY FOR:
EMMITT GRIER