Filed
~~RECEIVED~~

NOV - 5 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

       # 03000042 - SP
       November 5, 2007

    Code   Case #   Qty    Amount

    INCAPPFA 05-SERIE            12.28 CA


    TOTAL →              12.28


    FROM: SCI MAHANOY FOR EMMITT GRIER
```