```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 08000070  -  DM
      December 10, 2007


   Code    Case #    Qty      Amount

   2NDAPPEA 05-5 E                2.20 CH


   TOTAL→                        2.20



   FROM: SCI MAHANOY FOR:
         EMMITT GRIER  EJ7879
```