```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

        # 08000103  - SP
         January 4, 2008


     Code    Case #    Qty      Amount

     3RDAPPEA c3-05-5E           14.28 CH


        TOTAL →              14.28


     FROM: SCI MAHANOY FOR EMMITT GRIER
```