```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

         # 08000133 - DM
         February 4, 2008


  Code    Case #    Qty      Amount

  3RDAPPEA 05-5 cv           11.98 CH


  TOTAL→                     11.98


  FROM: SCI MAHANOY FOR:
        EMMITT GRIER
```