```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

        # 08000172 - DM
          March 5, 2008


   Code    Case #    Qty       Amount

   3RDAPPEA 05-05 E            12.28 CH


   TOTAL→                      12.28



   FROM: SCI MAHANOY FOR:
         EMMITT GRIER
```