```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 08000221 - SP
         April 7, 2008


   Code    Case #    Qty      Amount

   3RDAPPEA 05-5E             14.48 CH


   TOTAL→                     14.48


   FROM: SCI MAHANOY FOR E. GRIER
```