```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 08000259 - SP
         May 5, 2008


  Code    Case #    Qty      Amount

 3ROAPFER 05-5E                12.75 CM


  TOTAL →              12.75


  FROM: PCI MAHANOY POP BARETT 05155
```