```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

     #  08000301  -  SP
          June 4, 2008

   Code    Case #    Qty     Amount

   1ST CIVI 05-5Erie          11.34 CH


   TOTAL→                     11.34



   FROM: SCI MAHANOY FOR EMMITT GRIER
```