```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          Erie Division

    # 00000353 -- SP
       July 15, 2008

Code    Case #    Qty      Amount

3RDAPPEA 05-5E                18.29


TOTAL→                       18.29


FROM: FCI MAHANOY FOR EMMITT SPIES
```