```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        #  08000365  -  DM
         August 4, 2008

    Code    Case #    Qty     Amount

   SCRAPPER 05-5 E
                              11.78 CR


   TOTAL →
                              11.78



  FROM: SCI MAHANOY FOR:
        EMMITT GRIER
```