```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

        # 08000410 - SP
        September 8, 2008


    Code    Case #    Qty      Amount

    3RDAFFEA 05-5E
                              24.79 CH

    TOTAL→                    24.79


    FROM: SCI MAHANO FOR E. GRIER
```